■ NORMAN J. PETRE, Appellant, v JOANNE M. PETRE, Respondent.—Order unanimously affirmed, with costs, for reasons stated in memorandum decision at Supreme Court, Sedita, J. *(see also, Jolis v Jolis,* 111 Misc 2d 965, *affd* 98 AD2d 692). (Appeal from order of Supreme Court, Erie County, Sedita, J.—partial summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ. *[See,* 130 Misc 2d 333.]